**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-00298-LTB-CBS

JOSEPH STEVE DUARTE,

      Plaintiff,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation,

      Defendant.

_____

**ORDER**
_____

Upon the Stipulated Motion for Withdrawal of Plaintiff's Motion for Award of Attorney Fees, Expert Witness Fees and Other Litigation Expenses (filed July 6, 2005), it is

ORDERED that the Motion for Withdrawal if GRANTED and the Motion for Award of Attorney Fees, Expert Witness Fees and Other Litigation Expenses, filed April 29, 2005, is WITHDRAWN.

                                                        BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Chief Judge

DATED: July 7, 2005